Opinion issued May 24, 2016



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00048-CV

———————————

## HARRIS COUNTY APPRAISAL DISTRICT, Appellant

## V.

## TUBULAR SERVICES, INC., Appellee

On Appeal from the 165th District Court
Harris County, Texas
Trial Court Case No. 2013-65214

## MEMORANDUM OPINION

Appellant, Harris County Appraisal District, representing that it no longer

wishes to pursue its appeal, has filed an unopposed motion to dismiss the appeal. No

other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.